EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
ANTONIO SOLÍS, acusado y apelante.

No. 4661.—*Sometido:* Febrero 2, 1932.  *Resuelto:* Febrero 9, 1932.

*Angel A. Vázquez,* abogado del apelante;  *E. Díaz Viera, Fiscal,*
abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del
tribunal.

Antonio Solís fué convicto, primero, en una corte munici-
pal, y posteriormente, luego de un juicio *de novo,* en la corte
de distrito, de una infracción a las secciones 54 y 55 de la
Ley de Rentas Internas, Leyes de 1925, páginas 585 y 621.

Los hechos alegados en la denuncia demuestran una venta
de cigarros a los que no se les fijaron sellos de rentas inter-
nas.  Esos hechos habrían sostenido una condena bajo la sec-
ción 50 de la ley, si al acusado se le hubiera imputado una
infracción de esa sección.  No revelan que se haya infringido
la sección 54, ni la 55.  No estamos dispuestos a modificar
la sentencia de forma que especifique una infracción de la
sección 50, en vez de las 54 y 55.  Véanse los casos de *El
Pueblo* v. *Rodríguez,* 10 D.P.R. 1, y *El Pueblo* v. *Mayagüez
Sugar Co.,* 37 D.P.R. 112.

*Debe revocarse la sentencia apelada y devolverse el caso
para ulteriores procedimientos no inconsistentes con esta opi-
nión.*